UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                                                    Case No: 11-27057-AJC
    ABRAHAM I. BERTAN                                      Chapter 7
    IVON RIERA-BERTAN

    Debtors.
_____/

### OBJECTION TO DEBTOR'S MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY [D.E. 36]

Secured Creditor, SPACE COAST CREDIT UNION, by and through undersigned counsel, hereby files this Objection to Debtor's Motion to Value and Determine Secured Status of Lien on Real Property [D.E. 36], and as grounds states:

1. On June 20, 2011, the Debtors, ABRAHAM I. BERTAN and IVON RIERA-BERTAN ("Debtors"), filed a voluntary petition for relief under Chapter 7, Title 11 of the United States Bankruptcy Code.

2. Space Coast Credit Union is the owner and holder of a Note and Mortgage in real property located at 14016 SW 132 Avenue, Miami, FL 33186 (the "Property").

3. Debtors were discharged by the Court on September 28, 2011 and the claims bar date expired on May 16, 2012.  The Debtor's Motion to Value was not filed until July 19, 2012.

4. Space Coast Credit Union objects to Debtors' Motion to Value as untimely.

5. In the filing their Motion to Value post-discharge, Debtors appear to be relying on recent unpublished case law from the United States Eleventh Circuit Court of Appeals, decided May 11, 2012, which held that a wholly unsecured junior lien on a Debtor's home may be "stripped off" in Chapter 7 pursuant to Section 506(d) of the Bankruptcy Code. *In re Mcneal*, Slip Copy, 2012 WL 1649853 (11th Cir. 2012).

6.      While the Debtors are relying on recent, unreported decision, prior case law by the United States Supreme Court in *Dewsnup* has held that a Chapter 7 debtor could not "strip down" a creditor's lien on real property to judicially determined value of collateral and that liens on real property and other secured interests pass through bankruptcy unaffected. *Dewsnup v. Timm*, 502 U.S. 410, 418 (1992).

7.      In *Gerardin*, this Court held that "*Dewsnup* was a strip down case, but this Court agrees with the majority of courts, including the only two circuit courts to address the issue, which have interpreted *Dewsnup* as also prohibiting strip offs in a Chapter 7 case." In re Gerardin, 447 B.R. 342, 345 (Bankr.S.D.Fla.2011) (citing *Dewsnup v. Timm,* 502 U.S. 410, 417, 112 S.Ct. 773, 116 L.Ed.2d 903 (1992) ("[T]he creditor's lien stays with the real property until the foreclosure."); *see also In re Quiros-Amy*, 456 B.R. 140 (Bankr.S.D.Fla.2011).

8.      Courts in the Middle District of Florida have also recognized *Dewnsup* as overruling *Folendore*, the case on which the Court in *McNeal* relies. *Matter of Windham*, 136 B.R. 878, 882 n.6 (Bankr.M.D.Fla.1992) (citing *In re Folendore*, 862 F.2d 1537 (11th Cir. 1989) ("The Supreme Court's decision effectively overrules the contrary position taken by the Court of Appeals for the Eleventh Circuit in *Folendore.*"); *see also In re Dang*, 467 B.R. 227 (Bankr.M.D.Fla.2012) ("A creditor's lien stays with the real property until foreclosure, and passes through a Chapter 7 bankruptcy unaffected.").

9.      The Debtors have filed their Motion to Value post-discharge and after the claims bar date has expired, and are thus employing "gotcha" tactics as now there is no opportunity for Space Coast Credit Union to file a Proof of Claim and participate in a distribution to unsecured creditors.[1]

---

[1] In so far as this Court finds the unreported McNeal case controlling, Space Coast Credit Union submits that this case was decided only days before the claims bar date expired and the binding law in this District until then was that a debtor could not strip a lien in a Chapter 7.

10. Space Coast Credit Union reserves the right to supplement this response in the future.

                                              **BLAXBERG, GRAYSON, KUKOFF & TWOMBLY P.A.**
*Attorneys for Space Coast Credit Union*
25 S.E. Second Avenue, Suite 730
Miami, Florida  33131
Phone (305) 381-7979
Fax (305) 371-6816
E-mail ian.kukoff@blaxgray.com

By: ____/s/ Ian J. Kukoff_____
     Ian J. Kukoff, Esq.
     Fla. Bar No. 827126

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via the Court's CM/ECF electronic filing system and by U.S. Mail on this 13 August 2012, to: Christian S. Diaz, Esq., 75 Valencia Avenue, 6th Floor, Coral Gables, Florida 33134 and to Marcia T. Dunn, Chapter 7 Trustee, 555 NE 15 Street, Suite 7712, Miami, Florida 33132..

        **BLAXBERG, GRAYSON, KUKOFF & TWOMBLY P.A.**
        *Attorneys for Space Coast Credit Union*
        25 S.E. Second Avenue, Suite 730
        Miami, Florida  33131
        Phone (305) 381-7979
        Fax (305) 371-6816
        E-mail ian.kukoff@blaxgray.com


By: ____/s/ Ian J. Kukoff_____
       Ian J. Kukoff, Esq.
       Fla. Bar No. 827126