

Homes | Rentals | Mortgage Rates | Advice | Find a Pro | Local Info | More    For Pros | Mobile | Sign In

Location:

Florida  Miami  33186  14016 SW 132nd Ave    Views: 64

# 14016 SW 132nd Ave, Miami, FL 33186

Not for Sale        Map    Bird's Eye    Street View

Zestimate: $341,976
Rent Zestimate: $2,507/mo
Est. Mortgage: $1,226/mo

See current rates on Zillow
A Bad Credit Score is 598. See Yours for $0

| | |
|---|---|
| Bedrooms: | 3 beds |
| Bathrooms: | 3 baths |
| Single Family: | 2,704 sq ft |
| Lot: | 7,102 sq ft |
| Year Built: | 2000 |
| Last Sold: | Mar 2002 for $288,000 |
| Parking: | Contact for details |

**Contact a local agent**

Ling Susan Lee (1 review)
Call: (305) 290-1938

Vivianne Babun (1 review)
Call: (786) 345-7941

Gabriel Garcia (3 reviews)
Call: (786) 269-2305

Your Name
Phone
Email Address

I would like a professional estimate of my home at 14016 SW 132nd Ave, Miami, FL 33186.

Contact Agent

Learn how to appear in this list

Correct home facts  Save this home  Get updates  Email  more

## Description

This 2704 square foot single family home has 3 bedrooms and 3.0 bathrooms. It is located at 14016 SW 132nd Ave Miami, Florida.

| Cooling | Heating Type | Basement Type |
|---|---|---|
| Unknown | Unknown | Unknown |
| **Fireplace** | **Floor Covering** | **Attic** |
| Unknown | Unknown | Unknown |
| **Roof Type** | **Exterior Material** | **View** |
| Other | Unknown | Unknown |
| **# Stories** | **Deck** | |
| 2.0 | Unknown | |

More    See data sources

## Zestimates

| | Value | Range | 30-day change | $/sqft | Last updated |
|---|---|---|---|---|---|
| Zestimate | $341,976 | $267K – $427K | +$8,375 | $126 | 01/29/2013 |
| Rent Zestimate | $2,507/mo | $2.2K – $3K/mo | -$6 | $0.93 | 01/21/2013 |
| Owner Estimate | Post your own estimate | | | | |

Zestimate | Rent Zestimate | more        1 year  5 years  10 years

This home  --
33186  --

**Similar Homes for Sale**

14224 SW 132nd Ave, Miami, FL 33186
**14224 SW 132nd Av...**
For Sale: $425,000
Beds: 3   Sqft: 2639
Baths: 4.0   Lot: 2639

14114 SW 129th Path, Miami, FL
**14114 SW 129th Pat...**
For Sale: $399,000
Beds: 5   Sqft: 2677
Baths: 3.0   Lot: 13416

14637 SW 132nd Ct, Miami, FL 33186
**14637 SW 132nd Ct...**
For Sale: $289,900
Beds: 5   Sqft: 2590
Baths: 3.0   Lot: 6931

See listings near 14016 SW 132nd Ave

EXHIBIT "B"

Three Lakes --

### Nearby Similar Sales

**12940 SW 136th Ter, Miami, FL 33186**
Sold on 3/6/2012: $220,000
Beds: 4    Sqft: 2677
Baths: 3.0    Lot: 8700

**13041 SW 140th Street Rd, Miami, F...**
Sold on 10/23/2012: $358,000
Beds: 4    Sqft: 2556
Baths: 3.0    Lot: 8462

View your 3 Bureau CREDIT REPORT

**13383 SW 144th Ter, Miami, FL 33186**
Sold on 1/7/2013: $2,300
Beds: 4    Sqft: 2521
Baths: 3.0    Lot: 5314

See sales similar to 14016 SW 132nd Ave

### Featured Partners

**What's your credit score?**
www.equifax.com
Check the answer with Equifax. Pull up your 3-bureau scores and reports.

**Get LifeLock Ultimate™**
www.lifelock.com
Expanded ID Theft Protection

### Neighborhood

◉ Home Values
◯ Listings

**3 Bureau Credit Report**
www.FreeScoreOnline.com
Get your latest Credit Scores from all 3 Bureaus in 60 seconds for $0

**Your Credit Score Online!**
Freecreditscore.com
View Your Latest Score Online Instantly for $0



View larger map

### Nearby Schools in Three Lakes

| | Grades | Distance | GreatSchools Rating |
|---|---|---|---|
| Gloria Floyd Elementary (assigned) | PK-5 | 2.3 mi | |
| Richmond Heights Middle (assigned) | 6-8 | 3.0 mi | |
| Miami Sunset Senior High (assigned) | 9-12 | 4.0 mi | |
| The Heritage | PK-8 | 1.1 mi | |
| Jack David Gordon Elementary | PK-5 | 1.5 mi | |
| Glendale Christian Academy | PK-12 | 1.5 mi | |
| Arvida Middle | 6-8 | 1.8 mi | |

View more schools in Three Lakes

### Contact a local agent

 **Ling Susan Lee**
(1 review)
Call: (305) 290-1938

 **Vivianne Babun**
(1 review)
Call: (786) 345-7941

**Gabriel Garcia**
(3 reviews)
Call: (786) 269-2305

Your Name

Phone

Email Address

I would like a professional estimate of my home at 14016 SW 132nd Ave, Miami, FL 33186.

[Contact Agent]

Learn how to appear in this list

Browse more 33186 listing agents

| Nearby Cities | Nearby Neighborhoods | Nearby Zip Codes | Other Miami Topics |
|---|---|---|---|
| Fountainbleau Real Estate | Alameda / West Flagler Real Estate | 33125 Real Estate | Apartments for Rent in 33186 |
| Hialeah Real Estate | | 33126 Real Estate | Houses for Sale in 33186 |
| Homestead Real Estate | Allapattah Real Estate | 33142 Real Estate | Houses for Rent in 33186 |
| Kendale Lakes Real Estate | Brickell Real Estate | 33157 Real Estate | 33186 Real Estate |
| Kendall Real Estate | Coconut Grove Real Estate | 33161 Real Estate | Three Lakes Condos |
| Miami Beach Real Estate | Coral Way Real Estate | 33165 Real Estate | Houses for Sale in Three Lakes |
| Miami Gardens Real Estate | Flagami Real Estate | 33175 Real Estate | |
| Miami Real Estate | Lemon City Real Estate | 33176 Real Estate | Newest Listings in Three Lakes |
| North Miami Real Estate | Liberty City Real Estate | 33180 Real Estate | |
| Tamiami Real Estate | Liberty Square Real Estate | 33186 Real Estate | Three Lakes Home Values |
| Homestead AFB Real Estate | Little Haiti Real Estate | | Three Lakes Real Estate Agents |
| Lukens Real Estate | Little Havana Real Estate | | |
| Mart Law Seminole Village Real Estate | Little River Real Estate | | |
| Opa Locka Real Estate | Ocean View Heights Real Estate | | |
| West Flagami Real Estate | Upper Eastside Real Estate | | |
| | Wynwood / Edgewater Real Estate | | |

14016 SW 132nd Ave, Miami, FL 33186 is a single family home of 2,704 sqft on a lot of 7,102 sqft (or 0.16 acres). Zillow's Zestimate® for 14016 SW 132nd Ave is $341,976 and the Rent Zestimate® is $2,507/mo. This single family home has 3 bedrooms, 3 baths, and was built in 2000. The 3 bed single family home at 14224 SW 132nd Ave in Miami is comparable and for sale for $425,000. This home is located in Miami in zip code 33186. Ling Susan Lee and Vivianne Babun provide real estate services in 33186. Alameda / West Flagler and Allapattah are nearby neighborhoods. The closest ZIP codes are 33125 and 33126. Fountainbleau, Hialeah, and Homestead are the nearest cities. School data provided by GreatSchools.org.

About Us   About Zestimates   Jobs   Press   Investors   Help   Advertising   Terms of Use   Privacy Policy
Zillow Research   Zillow Blog

Yahoo!-Zillow Real Estate Network© 2006-2012 Zillow