http://gisweb.miamidade.gov/PropertySearch/printMap.htm



# MIAMI-DADE COUNTY
## OFFICE OF THE PROPERTY APPRAISER
### PROPERTY SEARCH SUMMARY REPORT

*Carlos Lopez-Cantera*
*Property Appraiser*

### Property Information:

| | |
|---|---|
| Folio | 30-5923-020-0030 |
| Property Address | 14016 SW 132 AVE |
| Owner Name(s) | ABRAHAM I BERTAN &W IVON R |
| Mailing Address | 14016 SW 132 AVE<br>MIAMI FL<br>33186 -7668 |
| Primary Zone | 0101 SINGLE FAMILY |
| Use Code | 0005 CLUSTER HOME |
| Beds/Baths/Half | 3/3/0 |
| Floors | 2 |
| Living Units | 1 |
| Adj. Sq. Footage | 2,639 |
| Lot Size | 5,078 SQ FT |
| Year Built | 2000 |
| Legal Description | TWIN LAKE SHORES CENTRAL<br>PB 155-59 T-20466<br>LOT 3 BLK 1<br>LOT SIZE 7102 SQ FT<br>FAU 30-5923-000-0051 & 019-0160<br>0170 0180 |



Aerial Photography 2012



### Assessment Information:

| | Current | Previous |
|---|---|---|
| Year | 2012 | 2011 |
| Land Value | $55,816 | $55,816 |
| Building Value | $205,962 | $207,018 |
| Market Value | $261,778 | $262,834 |
| Assessed Value | $261,778 | $256,308 |

### Exemption Information:

| | Current | Previous |
|---|---|---|
| Year | 2012 | 2011 |
| Homestead | $25,000 | $25,000 |
| 2nd Homestead | $25,000 | $25,000 |
| Senior | $0 | $0 |
| Veteran Disability | $0 | $0 |
| Civilian Disability | $500 | $500 |
| Widow(er) | $0 | $0 |

### Taxable Value Information:

| | Current | Previous |
|---|---|---|
| Year | 2012 | 2011 |
| | Exemption/Taxable | Exemption/Taxable |
| County | $50,500/$211,278 | $50,500/$205,808 |
| School Board | $25,500/$236,278 | $25,500/$230,808 |
| City | $0/$0 | $0/$0 |
| Regional | $50,500/$211,278 | $50,500/$205,808 |

### Sale Information:

| Date | Amount | OR Book-Page | Qualification Code |
|---|---|---|---|
| 2/2002 | $288,000 | 20244-3996 | Sales which are qualified |
| 6/2000 | $205,900 | 19182-2224 | Sales which are qualified |

### Disclaimer:

The Office of the Property Appraiser and Miami-Dade County are continually editing and updating the tax roll and GIS data to reflect the latest property information and GIS positional accuracy. No warranties, expressed or implied, are provided for data and the positional or thematic accuracy of the data herein, its use, or its interpretation. Although this website is periodically updated, this information may not reflect the data currently on file at Miami-Dade County's systems of record. The Property Appraiser and Miami-Dade County assumes no liability either for any errors, omissions, or inaccuracies in the information provided regardless of the cause of such or for any decision made, action taken, or action not taken by the user in reliance upon any information provided herein. See Miami-Dade County full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp.

Property information inquiries, comments, and suggestions email: pawebmail@miamidade.gov

GIS inquiries, comments, and suggestions email: gis@miamidade.gov

Generated on: Fri Apr 05 2013



Exhibit 'D'