

**ORDERED in the Southern District of Florida on September 17, 2014.**

_A. Jay Cristol_
**A. Jay Cristol, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                                          CASE NO. 11-27057-BKC-AJC

**ABRAHAM I. BERTAN
IVON RIERA-BERTAN,**

    Debtors.
_____/

<u>ORDER DENYING REQUEST FOR CERTIFICATION OF DIRECT APPEAL TO CIRCUIT COURT</u>

THIS CAUSE comes before the Court *sua sponte*. It has come to the attention of the Court that the appeal in this case is ready for transmittal to the United States District Court, but it has not yet been transmitted due to the pending motion requesting certification to directly appeal to the Eleventh Circuit Court of Appeals.

On August 28, 2014, the Court held a hearing on the creditor's request for certification. At that time, the Court noted that service was not properly effectuated. The Court informed the movant it was not likely to grant the request, but counsel could submit a proposed order and, if

the Court was persuaded to enter the order, then the matter would be reset so that others may respond.

To date, the matter has been pending.

Then, on September 3, 2014, the Eleventh Circuit Court of Appeals entered its unpublished decision in *In re Lopez*, Case No. 14-10518 (11th Cir. Sept. 3, 2014) affirming *per curium* the bankruptcy court's decision to allow the strip-off of a second-priority lien on debtor's house where the first lien exceeds the current value of the house.  The unpublished decision of the Eleventh Circuit persuades this Court that a direct appeal is not warranted at this time, particularly because some of the issues on appeal in this case address the facts upon which the Court relied.  If movant is successful on appeal with regard to the factual issues, then this case may not be ripe for the determination of the questions of law.  If movant succeeds in having the appellate court reverse and/or remand, and if this Court modifies or amends its findings, then the legal issues may never have to be addressed by the Eleventh Circuit.   Accordingly, it is

ORDERED AND ADJUDGED that the Request for Certification of Direct Appeal to Circuit Court is DENIED.

###

COPIES FURNISHED BY CLERK OF COURT TO:

Alexis Read, Esq.
Christian Diaz, Esq.
Trustee
Trustee's Attorney